UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
v. ) No. 02 CR 719-11
) Judge James F. Holderman
ABRAHAM ESTREMERA )

## INFORMATION AND NOTICE OF PRIOR CONVICTIONS

The United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, hereby gives notice of its intention to seek and defendant's eligibility for an enhancement of sentence in this cause pursuant to Title 21, United States Code, Section 851. The United States submits that the defendant shall be sentenced to increased punishment by reason of the following prior convictions:

1. The defendant was convicted of Possession of a Controlled Substance in the Kane County Circuit Court on or about November 18, 1992 and sentenced to 96 months imprisonment;

2. The defendant was convicted of Possession of a Controlled Substance in the Kane County Circuit Court on or about July 3, 1993 and sentenced to 12 months imprisonment.

3. The defendant was convicted of Delivery of Cannabis in the Kane County Circuit Court on or about April 24, 1998 and was sentenced to four years of

imprisonment.

                      Respectfully submitted,

                      Patrick J. Fitzgerald
                      United States Attorney

By _____
                      Lawrence S. Beaumont
                      Assistant United States Attorney
                      219 South Dearborn Street
                      Room 500
                      Chicago, Illinois 60604
                      (312) 353-4280

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

## AFFIDAVIT OF MAILING

Imagene Hamilton, being first duly sworn on oath, deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois, that on the 21st day of May, 2003, she placed a copy of:

## INFORMATION AND NOTICE OF PRIOR CONVICTIONS

in a Government franked envelope addressed to the following named individual(s), and deposited envelope(s) in the United States mail chute, located in the United States Courthouse, Chicago, Illinois, on said date at the hour of about 3:30 p.m.

**DONALD V. YOUNG**
**20 North Clark Street**
**Suite 1725**
**Chicago, IL 60604**

**VIA FAX NO. (312) 372-6067 and CERTIFIED MAIL**

*Imagene Hamilton*
SUBSCRIBED AND SWORN TO BEFORE ME this 21st of May, 2003.

*Kristine Rodriguez*
NOTARY PUBLIC

"OFFICIAL SEAL"
Kristine D. Rodriguez
Notary Public, State of Illinois
My Commission Exp. 10/07/2006